QUEENS LEGAL SERVICES LEGAL SERVICES
Suitable Service

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**



Index no : **16-cv-5082**
Date of Purchase: **09/14/2016**
ATTY FILE No:
EJS #:

| PLAINTIFF(S): | **GUSTAVO RAMOS** |
|---|---|
| DEFENDANT(S): | **STAR ASSOCIATES LLC D/B/A VISION ENTERPRISES MANAGEMENT AND LEONARD ZANGAS** |

STATE OF NEW YORK COUNTY OF KINGS ss.:

**WOODY DORSONNE**, being duly sworn deposes and says; deponent is not a party to this action, is over the age of 18 years and resides in the State of New York.

On **10/05/2016** at **12:29 PM**, I served the within **SUMMONS IN A CIVIL ACTION ; COMPLAINT AND JURY TRIAL DEMANDED** on **LEONARD ZANGAS** at **42-40 BELL BOULEVRAD , APT # 605, Bayside, NY11361** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **Thomas Lavin, ATTORNEY** a person of suitable age and discretion.

A description of the person served is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height (Approx) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 50 | OVER 6'0" | 200+ Lbs. |
| Other Features: **Thomas Lavin attorney at law p.c. Attorney for defendant. Now a residence.** | | | | | |

That at the time of service, I asked the above mentioned whether he or she was active in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that defendant is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **10/05/2016** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **DEFENDANT** at **42-40 BELL BOULEVRAD , APT # 605, Bayside, NY11361**. That address being the **last known residence, usual place of abode of the DEFENDANT.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
10/06/2016

Robert Savoia
Notary Public, State of New York
No. 01-6230536
Qualified in Suffolk County
Commission Expires 11/1/2018

X_____
WOODY DORSONNE
License#: 2033315
Advantage Process Servers, Inc. DBA Zellner Wood
1983 Marcus Ave
Ste. C-127
Lake Success, NY 11042
516-326-6060

