**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 09 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GUSTAVOR RAMOS,

                       Plaintiff,

-against-

STAR ASSOCIATES LLC d/b/a VISION ENTERPRISES
MANAGEMENT and LEONARD ZANGAS,

                       Defendants.
-----------------------------------------------------------X

Civil Action No.:
16-CV-5082 (DLI)(RML)

**STIPULATION AND
ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above-captioned action, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the action be dismissed with prejudice and without costs or attorneys' fees as to all claims in the above-captioned lawsuit.

Dated: March 2, 2017

QUEENS LEGAL SERVICES

/s/ Jose Abrigo
Jose Abrigo, Esq.
89-00 Sutphin Blvd., 5th Fl.
Queens, New York 11435
(347) 592-2288
*Attorneys for Plaintiff*

Dated: March 2, 2017

KAUFMAN DOLOWICH & VOLUCK, LLP

/s/
Keith Gutstein, Esq.
Jennifer E. Sherven, Esq.
135 Crossways Park Drive
Woodbury, New York 11797
(516) 681-1100
*Attorneys for Defendants*

So Ordered s/Dora L. Irizarry, Chief USDJ 3/8/17

ND: 4842-6611-2068